1  GENE HALAVANAU (SBN 267280)
   HALAVANAU LAW OFFICE, P.C.
2  1388 Sutter Street, Suite 1010
   San Francisco, California  94109
3  Telephone:     (415) 692-5301
4  Facsimile:     (415) 692-8412
   Email:  gene@halavanau.com
5
   PETER ROLDAN (SBN 227067)
6  EMERGENT LLP
7  155 Montgomery Street, Suite 300
   San Francisco, California  94104
8  Telephone:
   Facsimile:
9  Email:  peter@emerfent.law

10 Attorneys for Plaintiff
   STEVEN P. VIANI
11

12 SONIA R. MARTIN (SBN 191148)
   DENTONS US LLP
13 1999 Harrison Street, Suite 1300
   Oakland, California  94612
14 Telephone:     (415) 882-5000
   Facsimile:     (415) 882-0300
15 Email:  sonia.martin@dentons.com

16 Attorneys for Defendant
   NATIONWIDE MUTUAL INSURANCE
17 COMPANY

18

19                       UNITED STATES DISTRICT COURT

20                       EASTERN DISTRICT OF CALIFORNIA

21

22 STEVEN P. VIANI,                    | No.  2:23-cv-00331-AC
                                       |
23              Plaintiff,             |
                                       |
24      vs.                            | STIPULATION TO EXTEND TIME TO
                                       | RESPOND TO COMPLAINT
25 NATIONWIDE MUTUAL INSURANCE         |
   COMPANY,                            |
26                                     | Date Action Filed:  February 23, 2023
                Defendant.             |
27

28

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant NATIONWIDE MUTUAL INSURANCE COMPANY ("Nationwide") may have additional time of 20 days within which to answer or otherwise respond to plaintiff Steven P. Viani's ("Plaintiff") complaint.  Therefore the last day for Nationwide to answer or otherwise respond to Plaintiff's complaint is Monday, April 17, 2023

IT IS SO STIPULATED

DATED:  March 17, 2023                    EMERGENT LLP

By     /s/  Peter Roldan
          Peter Roldan

Attorneys for Plaintiff STEVEN P. VIANI

DATED:  March 17, 2023                    DENTONS US LLP

By     /s/ Sonia Martin
          Sonia R. Martin
Attorneys for NATIONWIDE MUTUAL INSURANCE COMPANY

Signature Attestation

I am the person who efiled this document. Pursuant to Local Rule 131(e), I attest that concurrence in its filing was obtained from each of the other signatories. .

Dated: March 17, 2023                    By:  /s/ Peter Roldan
                                               Peter Roldan

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED.**  Defendant shall answer or otherwise respond to Plaintiff's complaint on or before Monday, April 17, 2023.

DATED:  March 20, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE