UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven P. Viani, | No. 2:23-cv-00331-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| Nationwide Mutual Insurance Company, | |
| Defendant. | |

In this insurance coverage dispute, plaintiff Steven Viani moved to compel an appraisal of disputed damages under the terms of the insurance policy with defendant Nationwide Mutual Insurance Company. The court previously granted that motion, Order (Feb. 5, 2024), ECF No. 21, and ordered the parties to "meet and confer and submit a joint report with a stipulated proposed list of all items to be appraised" within twenty-one days. *Id.* at 5. The court also directed the parties to include in the joint report a "propos[al] for deadlines for the selection of appraisers and an umpire for any request to this court to select an umpire under the policy's terms." *Id.*

Fifty-one days after the court issued the order, the parties filed a joint report regarding appraisal. *See* Joint Appraisal Report, ECF No. 22. Though the parties provided responses to the court's substantive requests, they filed the joint report 30 days late and did not address or provide any explanation for the significant delay. *See generally id.* The court reminds the parties of the

1

1 importance of complying with the court's orders.  Failure to meet court deadlines and comply
2 with court orders in the future may result in sanctions, including monetary sanctions.
3     The court **grants** the joint stipulation.
4     IT IS SO ORDERED.
5 DATED:  April 2, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE