1

2

3

4

5                        UNITED STATES DISTRICT COURT

6              FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    Steven P. Viani,                              No. 2:23-cv-00331-KJM-AC

9                       Plaintiff,                 ORDER

10           v.

11   Nationwide Mutual Insurance Company,

12                      Defendant.

13

14          In February 2024, the court granted plaintiff's motion to compel an appraisal and stayed

15   this action until the appraisal was complete.  ECF No. 21.  According to the parties' most recent

16   status report, an appraisal was completed on July 1, 2025.  ECF No. 36.  Since then, the parties

17   report they have been "discussing with the appraisal panel certain issues related to scope, format

18   and finalizing the appraisal award."  *Id.*; *see also* ECF No. 35.  They do not explain the nature of

19   these issues, why multiple months of discussions have proven necessary or how long their

20   discussions might continue.  The parties are therefore directed to file a further joint status report

21   **within fourteen days**, including an explanation of all unresolved issues and an estimate of the

22   time that will be necessary to finalize the appraisal award.  The court will not modify this

23   deadline absent a detailed showing of good cause.  All other dates and deadlines are **vacated**.

24          IT IS SO ORDERED.

25    DATED:  September 9, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1