UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven P. Viani, | No. 2:23-cv-00331-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| Nationwide Mutual Insurance Company, | |
| Defendant. | |

Having reviewed the joint status report at ECF No. 38, the court directs the parties to file a further joint status report within **seven days** of the issuance of an appraisal award **or by November 21, 2025**, whichever is earlier. If an appraisal award has not been issued by November 21, 2025, the parties' joint status report filed by that date shall provide a new date by which they anticipate an award will be issued, with explanation.

IT IS SO ORDERED.

DATED: October 6, 2025.

UNITED STATES DISTRICT JUDGE

1